**Fill in this information to identify the case:**

Debtor name    **Express Integrated Technologies, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)    **16-12042-M**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

**Part 1:**    **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................    $    **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................    $    **558,603.82**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................    $    **558,603.82**

**Part 2:**    **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **26,782,811.70**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................    +$    **6,807,805.04**

4.   Total liabilities .................................................................................................
    Lines 2 + 3a + 3b      $    **33,590,616.74**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name    **Express Integrated Technologies, LLC** |
| United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OKLAHOMA |
| Case number (if known)    **16-12042-M** |

☐ Check if this is an
     amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
|    Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.   **Wells Fargo Bank** | **Checking** | | $304,434.82 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     | $304,434.82 |

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

   8.1.   **Prepayments (per 9/30/16 financial statement)**      $113,000.00

9.   **Total of Part 2.**

    Add lines 7 through 8. Copy the total to line 81.     | $113,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Express Integrated Technologies, LLC**          Case number *(If known)* **16-12042-M**
       Name

---

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.     **Accounts receivable**

### Account Receivable - See attached for Detail

11a. 90 days old or less: ___ **0.00** ___ - ___ **0.00** = .... ___ **Unknown**
                          face amount            doubtful or uncollectible accounts

---

### Toyo and Lauren Litigation

11a. 90 days old or less: ___ **0.00** ___ - ___ **0.00** = .... ___ **Unknown**
                          face amount            doubtful or uncollectible accounts

12.     **Total of Part 3.**          ___ **$0.00**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|-------------------------------------|
| 19.     **Raw materials** | | | | |
| 20.     **Work in progress** **See attached A/R detail** | | **Unknown** | | **Unknown** |

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

23.     **Total of Part 5.**          ___ **$0.00**
        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ☑ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ☑ No
        ☐ Yes. Book value ___ Valuation method ___ Current Value ___

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

Debtor    **Express Integrated Technologies, LLC**                                  Case number *(If known)* **16-12042-M**
            Name

---

**Part 6:**      **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**      **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** **Office furniture and fixtures - see attached 2014 Depreciation Schedule** | Unknown | | $111,000.00 |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**                                                                                                   $111,000.00
        Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
        ■ No
        ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

---

**Part 8:**      **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2006 Honda Accord VP** | Unknown | | $2,243.00 |
| 47.2.  **2007 Ford Expedition** | Unknown | | $4,629.00 |
| 47.3.  **2008 Honda Accord LX** | Unknown | | $4,661.00 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor  **Express Integrated Technologies, LLC**                    Case number *(If known)* **16-12042-M**
        Name

| | | | |
|---|---|---|---|
| 47.4. | **2008 Honda Accord EX-L** | **Unknown** | **$5,317.00** |
| 47.5. | **2008 Ford F150 pickup Lariat, S Cab** | **Unknown** | **$7,319.00** |
| 47.6. | **2008 Honda Element SC** | **Unknown** | **$6,000.00** |

48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**                                    | **$30,169.00** |

Add lines 47 through 50.  Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets**<br>Drawings, patents and trademarks | **Unknown** | | **Unknown** |

61.  **Internet domain names and websites**

62.  **Licenses, franchises, and royalties**

63.  **Customer lists, mailing lists, or other compilations**

64.  **Other intangibles, or intellectual property**

65.  **Goodwill**

Official Form 206A/B                Schedule A/B Assets - Real and Personal Property                page 4

Debtor    **Express Integrated Technologies, LLC**
          Name
                                                    Case number *(If known)*  **16-12042-M**

| | |
|---|---|
| 66. | **Total of Part 10.** |
| | Add lines 60 through 65. Copy the total to line 89. |

$0.00
_____

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 11:    All other assets**

70.    **Does the debtor own any other assets that have not yet been reported on this form?**
      Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

---

Debtor     **Express Integrated Technologies, LLC**                    Case number *(If known)* **16-12042-M**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $304,434.82 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $113,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $111,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,169.00 | |
| 88. **Real property.** *Copy line 56, Part 9......................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $558,603.82 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $558,603.82 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

11/07/2016          Page 1
System Date: 11/07/2016
Files Used: MASTER.ARM
CURRENT.ART
ACTIVITY.ARA
STANDARD.ARS

Express Integrated Technologies

10. Accounts Receivable

## Aging Detail by Customer

Aging As of Date          11/07/2016
Aging Basis               Accounting date
Include Retainage?        Yes
Unpaid Only?              Yes
Age Finance Charges?      No

| Tran Type | ID | Date | Amount | Current Column | Over 30 Column | Over 60 Column | Over 90 Column | Over 120 Column | Retainage |
|---|---|---|---|---|---|---|---|---|---|
| **ASH-16039** | **Aluma Systems Inc** | | | | | | | | |
| Invoice | 16039-01 | 08/31/2016 | 12,022.50 | | | 12,022.50 | | | |
| | | **Aluma Systems Inc Totals** | **12,022.50\*** | **.00\*** | **.00\*** | **12,022.50\*** | **.00\*** | **.00\*** | **.00\*** |
| **BLA-16026** | **Black Hills** | | | | | | | | |
| Invoice | 15026-01 | 06/26/2015 | 130,544.70 | | | | | 130,544.70 | |
| Billed credit | 523 | 07/14/2015 | 8,994.70- | | | | | 8,994.70- | |
| Cash receipt | 682195 | 08/14/2015 | 109,395.00- | | | | | 109,395.00- | |
| AR credit | 532 | 08/31/2015 | | | | | | | |
| AR credit | 539 | 08/31/2015 | | | | | | | |
| Invoice | 15026-02 Rev 1 | 08/06/2015 | 243,100.00 | | | | | 243,100.00 | |
| Cash receipt | 0904201502 | 09/04/2015 | 218,790.00- | | | | | 218,790.00- | |
| Invoice | 15026-03 | 08/19/2015 | 486,200.00 | | | | | 486,200.00 | |
| Cash receipt | 0918201501 | 09/18/2015 | 437,580.00- | | | | | 437,580.00- | |
| Invoice | 15026-09 | 11/07/2016 | 250,149.90 | 250,149.90 | | | | | |
| | | **Black Hills Totals** | **335,234.90\*** | **250,149.90\*** | **.00\*** | **.00\*** | **.00\*** | **85,085.00\*** | **.00\*** |
| **COP-16036** | **COP Surmont Ptrnshp-JV BR** | | | | | | | | |
| Invoice | 16036-01 | 10/10/2016 | 766,500.00 | 766,500.00 | | | | | |
| AR credit | 622 | 10/27/2016 | 479,062.50- | 479,062.50- | | | | | |
| | | **COP Surmont Ptrnshp-JV BR Totals** | **287,437.50\*** | **287,437.50\*** | **.00\*** | **.00\*** | **.00\*** | **.00\*** | **.00\*** |
| **COP-16045** | **COP Surmont Ptrnshp-JV BR** | | | | | | | | |
| Invoice | 16045-01 | 10/18/2016 | 11,273.06 | 11,273.06 | | | | | |
| | | **COP Surmont Ptrnshp-JV BR Totals** | **11,273.06\*** | **11,273.06\*** | **.00\*** | **.00\*** | **.00\*** | **.00\*** | **.00\*** |
| **EXE-16002** | **Exelon** | | 636-875-4625 | | | | | | |
| Invoice | 15002-49STR | 10/20/2016 | 1,104.00 | 1,104.00 | | | | | |
| Invoice | 15002-50TAX | 10/25/2016 | 862.65 | 862.65 | | | | | |
| | | **Exelon Totals** | **1,966.65\*** | **1,966.65\*** | **.00\*** | **.00\*** | **.00\*** | **.00\*** | **.00\*** |
| **GEP-16016** | **GE Power** | | | | | | | | |
| Invoice | 16016-02 | 06/06/2016 | 74,190.09 | | | | | 74,190.09 | |
| | | **GE Power Totals** | **74,190.09\*** | **.00\*** | **.00\*** | **.00\*** | **.00\*** | **74,190.09\*** | **.00\*** |
| **GEP-16038** | **GE Power** | | | | | | | | |
| Invoice | 16038-01 | 10/01/2016 | 38,930.09 | | 38,930.09 | | | | |
| Invoice | 13038-02 | 10/03/2016 | 40,030.42 | | 40,030.42 | | | | |
| | | **GE Power Totals** | **78,960.51\*** | **.00\*** | **78,960.51\*** | **.00\*** | **.00\*** | **.00\*** | **.00\*** |
| **JAC-13032** | **Jacos** | | | | | | | | |

Express Integrated Technologies

11/07/2016                Page 2
System Date: 11/07/2016
Files Used: MASTER.ARM
CURRENT.ART
ACTIVITY.ARA
STANDARD.ARS

# Aging Detail by Customer

Aging As of Date          11/07/2016
Aging Basis               Accounting date
Include Retainage?        Yes
Unpaid Only?              Yes
Age Finance Charges?      No

| Tran Type | ID | Date | Amount | Current Column | Over 30 Column | Over 60 Column | Over 90 Column | Over 120 Column | Retainage |
|---|---|---|---|---|---|---|---|---|---|
| **Jacos** | | | | | | | | | |
| **JAC-13032** | | | | | | | | | |
| Invoice | 13032-11 | 02/17/2015 | 360,005.03 | | | | | 360,005.03 | |
| Invoice | 13032-12 | 03/30/2015 | 360,005.03 | | | | | 360,005.03 | |
| Invoice | 13032-13 | 04/23/2015 | 51,429.29 | | | | | 51,429.29 | |
| Invoice | 13032-14 | 11/23/2015 | 514,292.90 | | | | | 514,292.90 | |
| Invoice | 13032-15 | 04/01/2016 | 1,285,732.25 | | | | | 1,285,732.25 | |
| AR credit | 583 | 04/12/2016 | | | | | | | |
| AR credit | 590 | 05/02/2016 | | | | | | | |
| AR credit | 593 | 04/30/2016 | 259,765.80- | | | | | 259,765.80- | |
| Invoice | 13032-17 | 05/16/2016 | 24,213.00 | | | | | 24,213.00 | |
| | | **Jacos Totals** | 2,335,911.70* | .00* | .00* | .00* | .00* | 2,335,911.70* | .00* |
| **TOY-15037** | Toyo Engineering Canada, LTD. | | | | | | | | |
| Invoice | 15037-01 | 09/18/2015 | 29,925.00 | | | | | 29,925.00 | |
| Invoice | 15037-02 | 10/06/2015 | 76,210.35 | | | | | 76,210.35 | |
| Invoice | 15037-03 | 10/13/2015 | 88,200.00 | | | | | 88,200.00 | |
| Invoice | 15037-04 | 11/11/2015 | 79,800.00 | | | | | 79,800.00 | |
| Invoice | 15037-05 | 12/09/2015 | 66,675.00 | | | | | 66,675.00 | |
| Invoice | 15037-06 | 01/08/2016 | 17,850.00 | | | | | 17,850.00 | |
| | Toyo Engineering Canada, LTD. Totals | | 358,660.35* | .00* | .00* | .00* | .00* | 358,660.35* | .00* |
| **TOY-33032** | TOYO Engineering Canada | | | | | | | | |
| Invoice | 33032-08 US-FRT | 07/01/2015 | 81,081.00 | | | | | 81,081.00 | |
| | TOYO Engineering Canada Totals | | 81,081.00* | .00* | .00* | .00* | .00* | 81,081.00* | .00* |
| | | **Report Totals** | 3,576,738.26* | 550,827.11* | 78,960.61* | 12,022.50* | .00* | 2,934,928.14* | .00* |

F&F 15000 - Furniture & Fixtures  40-000-15000
EIT - Furn & Fix Dep: 40-000-17000
Depreciation Schedule - 2014

## 38. Office Furniture, Fixtures and Equipment

| Acquisition Date | Description | Vendor | Type | Original Cost |
|---|---|---|---|---|
| 1-Jan-01 | Old Applied Thermal Furniture | | | 7,000.00 |
| 1-Sep-01 | Furniture for 3rd Floor Expansion | | | 12,660.52 |
| 1-Nov-01 | 4 Desks, 4 Office Chairs, 6 Side Chairs | | | 1,500.00 |
| 1-Apr-01 | Network Cabling and Patch Panel | | | 2,189.85 |
| 1-Sep-02 | Exhibitcorp Display Booth for Sales Conventions | | F&F 2002 - Disposed | 7,120.00 |
| 1-Oct-02 | Lobby Furniture - Sleeper Sofa | | F&F 2002 - Disposed | 773.49 |
| 1-Oct-02 | Lobby Furniture - Chair | | F&F 2002 - Disposed | 582.78 |
| 1-Oct-02 | Lobby Furniture - Chair | | F&F 2002 - Disposed | 582.79 |
| 1-Oct-02 | Lobby End Tables | | F&F 2002 - Disposed | 143.48 |
| 1-Feb-03 | 2 Workstations/Cubicle for Sales | | | 2,479.38 |
| 1-Mar-03 | Office Chair - Bruce Van Leeuven | | F&F 2003 - Disposed | 275.19 |
| 1-Mar-03 | Office Chair - Jim Medlock | | F&F 2003 - Disposed | 275.19 |
| 1-Jul-03 | Sales Conference Area - Chairs | | F&F 2003 - Disposed | 982.04 |
| 1-Jul-03 | All Steel 42" Gray Lateral File | | | 705.58 |
| 1-Jul-03 | Sales Conference Area - Table | | | 394.92 |
| 31-Mar-05 | Pole Position Office Chair (Phil) | | F&F 2005 | 1,106.00 |
| 31-Mar-05 | National Business Office Chair (Jim A.) | | F&F 2005 - Disposed | 673.95 |
| 16-May-05 | McClure Furniture Refinishing | | F&F 2005 | 3,995.00 |
| 31-May-05 | American Express (Marque Lighted Box) | | F&F 2005 | 2,250.08 |
| 8-Sep-05 | Janet Todd/J Wirt Desk, Credenza, etc. | | F&F 2005 | 2,500.00 |
| 6-Sep-05 | Oklahoma Cleaning Systems (T Cowan Amex) | | F&F 2005 - Disposed | 3,698.00 |
| 30-Sep-05 | American Express (JE in Sept) | | F&F 2005 | 994.57 |
| 8-Oct-05 | Sam's Club HON 94000 Right Pedistal Desk | | F&F 2005 | 661.53 |
| 8-Oct-05 | Sam's Club HON 94000 2-Drwr Lateral File | | F&F 2005 | 513.30 |
| 8-Oct-05 | Sam's Club Overhead Hutch 70" wide | | F&F 2005 | 569.65 |
| 8-Oct-05 | Sam's Club HON 94000 3-Shelf Bookcase | | F&F 2005 | 704.73 |
| 27-Oct-05 | Woody Design/TLC/2 Arm Chairs | | F&F 2005 | 1,126.56 |
| 27-Oct-05 | Woody Design/TLC/3 Conference Chairs | | F&F 2005 | 1,089.59 |
| 27-Oct-05 | Woody Design/TLC/Occasional Table | | F&F 2005 | 663.32 |
| 27-Oct-05 | Woody Design/TLC/Console Table | | F&F 2005 | 789.46 |
| 27-Oct-05 | Woody Design/PDC/2 Arm Chairs | | F&F 2005 | 972.15 |
| 27-Oct-05 | Woody Design/PDC/3 Conference Chairs | | F&F 2005 | 1,089.59 |
| 27-Oct-05 | Woody Design/PDC/2 Arm Chairs Sage | | F&F 2005 | 2,387.96 |
| 27-Oct-05 | Woody Design/PDC/4 Conference Chairs | | F&F 2005 | 1,452.79 |
| 27-Oct-05 | Woody Design/PDC/14 Conference Chairs | | F&F 2005 | 16,609.17 |
| 31-Dec-05 | Woody Design interior decorating | | F&F 2005 | 17,601.63 |
| 28-Feb-06 | Amer Expr/Tiger Direct/Server Work Table | | F&F 2006 | 1,391.24 |
| 25-Apr-06 | Woody Design/Convert Space to Office | | F&F 2006 | 34,039.91 |
| 25-Apr-06 | Duncan Cabinets/Bookcases | | F&F 2006 | 2,400.00 |
| 20-Jul-06 | Woody Design Associates | | F&F 2006 | 1,480.62 |
| 13-Apr-07 | Zee Medical/First Aid Stations | | F&F 2007 | 2,149.77 |
| 14-Aug-07 | Duncan Cabinets/Exercise Lockers | | F&F 2007 | 2,699.00 |
| 28-Sep-07 | Design Associates | | F&F 2007 | 2,969.51 |
| 18-Jul-08 | (John Hare) | | F&F 2008 | 16,789.45 |
| 25-Aug-08 | J Hare conference table | Tulsa Glass & Metal | F&F 2008 | 580.00 |
| 12-Sep-08 | | Design Associates | F&F 2008 | 6,645.58 |
| 12-Sep-08 | | Design Associates | F&F 2008 | 3,930.40 |
| 23-Jan-09 | Chair for Shon's office | Design Associates | F&F 2009 | 700.02 |
| 2-Jul-09 | Chairs,Furniture | Design Associates | F&F 2009 | 14,516.61 |
| 28-Aug-09 | Casegoods for bradys office | Design Associates | F&F 2009 | 3,322.57 |
| 28-Aug-09 | Stephen Steward and Brian Parker Chairs | Design Associates | F&F 2009 | 1,180.66 |
| 28-Aug-09 | Lateral File Bradys office | Design Associates | F&F 2009 | 793.26 |
| 12-Oct-09 | Ergonomic Chair, Black | Design Associates | F&F 2009 | 975.57 |
| 19-Oct-09 | Sofa (Originally in John Hare's Office) Later moved to the main conference room | Applegate's Attic, LLC | F&F 2009 | 3,798.10 |

**F&F 15000** Furniture & Fixtures  40-000-15000
EIT - Furn & Fix Dep: 40-000-17000
Depreciation Schedule - 2014

| Acquisition Date | Description | Vendor | Type | Original Cost |
|---|---|---|---|---|
| 11-Dec-09 | Guest Chair, Black/Gray Pattern | Design Associates | F&F 2009 | 6,326.54 |
| 11-Jun-10 | | Design Associates | F&F 2010 | 15,632.70 |
| 7-Oct-10 | | Design Associates | F&F 2010 | 15,780.87 |
| 7-Oct-10 | | Design Associates | F&F 2010 | 1,084.08 |
| 18-Feb-11 | Desk, credenza, hutch, keyboard tray - J. Matheson | Design Associates | F&F 2011 | 13,885.00 |
| 18-Feb-11 | Exec chair, 2 guest chairs - J. Matheson | Design Associates | F&F 2011 | 4,435.00 |
| 18-Feb-11 | 2 ergonomic chairs - R. Gatlin, S. Wilson | Design Associates | F&F 2011 | 1,343.61 |
| 18-Feb-11 | Ultramat Studded Chairmat | Rust's Interiors, Inc. | F&F 2011 | 263.07 |
| 18-Mar-11 | Custom table-top glass (for John Matheson) | Tulsa Glass & Metal | F&F 2011 | 228.15 |
| 12-Apr-11 | REMOVED in MARCH            Office Furniture for Canadian Office | McCrum's Office Furnishing (Calgary, AB)/Chase Card Services | | |
| 12-Apr-11 | Office Furniture for Canadian Office | Moved to Canada F&F | | - |
| 12-Apr-11 | Office Furniture for Canadian Office | Moved to Canada F&F | | - |
| 17-Jun-11 | North Campus - 7 Artoplex desk configurations & ergonomic chairs | Design Associates | F&F 2011 | 33,848.62 |
| 27-Jul-11 | Desk for S. Hopkins office | Design Associates | F&F 2011 | 4,660.01 |
| 27-Jul-11 | Bookcase-S Hopkins office | Design Associates | F&F 2011 | 1,417.23 |
| 22-Aug-11 | Custom tempered glass-Cindys Office | Tulsa Glass & Metal | F&F 2011 | 330.00 |
| 7-Oct-11 | Steel Industrial cabinet with shelves,baskets | Design Associates | F&F 2011 | 422.86 |
| 7-Oct-11 | 10 Ergonomic Chairs, Black | Design Associates | F&F 2011 | 6,803.05 |
| 17-Nov-11 | HON Mahongany cubicle-Jim Jordans office | Design Associates | F&F 2011 | 4,595.98 |
| 17-Nov-11 | Credenza Top-Jason Brown | Design Associates | F&F 2011 | 416.71 |
| 23-Nov-11 | Mathesons office-desk,storage wall unit, chair,tables | Design Associates | F&F 2011 | 29,209.47 |
| 20-Dec-11 | Crawford's office-desk, credenza with stack | Design Associates | F&F 2011 | 3,410.40 |
| 16-Jan-12 | Sales Conference Table - 96" x 42" | Design Associates | F&F 2012 | 2,588.25 |
| 16-Jan-12 | 2 HON Perpetual Highback chairs for conference room, taupe | Design Associates | F&F 2012 | 943.80 |
| 16-Jan-12 | 1 Verde Desk w/Pivot Top, Modesty Panel, Dck Stn drawer & pencil tray (Phyllis Krause) | Design Associates | F&F 2012 | 2,622.22 |
| 16-Jan-12 | Metal Go Bookcase w/ 5 adjustable shelves - Jennifer Logan | Design Associates | F&F 2012 | 929.11 |
| 15-Mar-12 | Window Blinds - P Kraus office | Details & Design | F&F 2012 | 467.50 |
| 26-Mar-12 | Window Blinds - P Kraus office | Details & Design | F&F 2012 | 725.45 |
| 18-May-12 | 14 Cubicle Expansion-Charlie Series, Cheyenne Mapletops, Charcoal Base, Tackboard Fabric | Details & Design | F&F 2012 | 94,734.25 |
| 31-Jul-12 | Storage Closet - platinum ventilated wire shelving (portable) | Details & Design | F&F 2012 | 1,679.60 |
| 31-Jul-12 | OFC Racetrack Conference Table 36" x 72" Walnut - Frank Gaither's office | Details & Design | F&F 2012 | 2,981.71 |
| 31-Jul-12 | Conference Table 30" x 60" Racetrack - Shaker Cherry finish - Stan White's office | Details & Design | F&F 2012 | 870.20 |
| 3-Aug-12 | | Details & Design | F&F 2012 | 4,925.02 |
| 3-Aug-12 | | Details & Design | F&F 2012 | 4,202.99 |
| 3-Aug-12 | | Details & Design | F&F 2012 | 4,335.54 |
| 7-Sep-12 | Furnish and install custom table top glass | Tulsa Glass & Metal | F&F 2012 | 385.00 |
| 20-Sep-12 | Resourcing, Design, On Site Installation, On Site Meeting | Details & Design | F&F 2012 | 1,848.75 |
| 21-Sep-12 | Artopex Casegoods: Credenza, return, and pedestal,. | Details & Design | F&F 2012 | 16,502.38 |
| 24-Sep-12 | Filing cabinets, 2-drawer, 3-drawer, 4-drawer | Details & Design | F&F 2012 | 6,313.44 |
| 24-Sep-12 | Lateral Document Plan File, Caster Base for File | Details & Design | F&F 2012 | 1,129.35 |

**F&F 15000**
**EIT - Furniture & Fixtures  40-000-15000**
**EIT - Furn & Fix Dep: 40-000-17000**
**Depreciation Schedule - 2014**

| Acquisition Date | Description | Vendor | Type | Original Cost |
|---|---|---|---|---|
| 24-Sep-12 | Artopex return, Without Modesty Panel, Size: 30"d x 48"l | Details & Design | F&F 2012 | 361.64 |
| 25-Sep-12 | Laminate Back Table, Laminate Top & Metal Legs | Details & Design | F&F 2012 | 348.38 |
| 30-Nov-12 | Annex - 2 Office Partition Enclosures: Panel Addition to Match, Existing Panels at Main Office | Details & Design | F&F 2012 | 14,937.39 |
| 30-Nov-12 | Laurie - Artopex Casegoods: Credenza, Return, Pedastal, Desk with Hatch, Tackboard, Light & Pencil Drawer | Details & Design | F&F 2012 | 4,125.60 |
| 30-Nov-12 | Panel Addition to Match Existing 14 Cubicle Expansion Area - at Each Entry Area | Details & Design | F&F 2012 | 8,493.12 |
| 30-Nov-12 | West Conference Room - 1" Classic Supreme 8 Gauge Blinds #121 Blushed Aluminum (4 blinds) | Details & Design | F&F 2012 | 1,048.09 |
| 30-Nov-12 | Misc. Office - Back Credenza Base Charcoal Base with Cayenne Maple Top | Details & Design | F&F 2012 | 1,118.52 |
| 30-Nov-12 | Raymond Gatlin - 4 Drawer Lateral File, Front to Back Filing | Details & Design | F&F 2012 | 1,182.50 |
| 30-Nov-12 | Brady - Large Document/Plan File, Caster Base | Details & Design | F&F 2012 | 539.49 |
| 30-Nov-12 | Work Area - Acoustical Tackable, Privacy Panel Dividers, 7 ft. ht | Details & Design | F&F 2012 | 4,770.52 |
| 7-May-13 | Laminate Storage Cabinet with 4 Shelves | Details & Design | F&F 2013 | 1,714.24 |
| 28-Jul-14 | 8 Desks & Labor: Artopex Casegoods - charcoal base with cayenne top. Description: To Include, Credenza, Hutch with Truck, & Task Lighting, Pedestal File, Return, and Desk with Pencil Drawer. Delivery & Installation | Details & Design | F&F 2014 | 29,612.35 |
| 27-Jun-14 | Quantity: 2 - Artopex Casegoods: Charcoal base with cayenne top. Description: to include: Credenza, hutch with task & task lighting, pedestal file, return, and desk with pencil drawer. | Details & Design | F&F 2014 | 7,379.35 |
| 27-Jun-14 | Quantity: 6 - Artopex Casegoods: Charcoal base with cayenne top. Description: To Include: Hutch with task & task lighting, pedestal file, return and desk with pencil drawer. | Details & Design | F&F 2014 | 18,692.55 |
| 27-Jun-14 | Ergonomic Chair - black mesh | Details & Design | F&F 2014 | 5,733.46 |
| 27-Jun-14 | Quantity: 1 - Conference Table- rift white oak. Description: Regular Island Base with removable access panel. Size: 60" w x 168' Finish: Rift White Oak. Color: Espresso Oak | Details & Design | F&F 2014 | 7,785.82 |
| 27-Jun-14 | Quantity: 14 - Conference Chairs - leather. Description: Svelte Channel High Black. Polish Aluminum Base with Black Urethane arm caps. Leahter: , M95011 | Details & Design | F&F 2014 | 14,236.67 |
| 27-Jun-14 | Quantity: 1 - Data Access - Gloss Aluminum. Description: Data Ports with 3 each access panels inset into table. | Details & Design | F&F 2014 | 874.67 |
| 29-Dec-14 | Executive Desk Unit - Mahogany/Charcoal, ribbon detail,keyboard, task light & tackboard | Details & Design | F&F 2014 | 5,140.76 |
| 29-Dec-14 | Power/Data Modules - black, 2 recepts, 2 data feeds, 3 per conference table | Details & Design | F&F 2014 | 4,581.06 |
| 29-Dec-14 | Artoprex Casegood - charcoal base with cayenne top | Details & Design | F&F 2014 | 3,885.06 |
| 29-Dec-14 | Conference Tables (4) - laminate top with circular base | Details & Design | F&F 2014 | 11,084.66 |
| 29-Dec-14 | Conference Chairs (32) - mid back, mes with fabric seat | Details & Design | F&F 2014 | 15,569.01 |

**EIT - Furniture & Fixtures   40-000-15000**
**EIT - Furn & Fix Dep: 40-000-17000**
**Depreciation Schedule - 2014**

| Acquisition Date | Description | Vendor | Type | Original Cost |
|---|---|---|---|---|
| 29-Dec-14 | Stack Chairs (20) - black polypropylene armless with chrome sled base | Details & Design | F&F 2014 | 1,858.92 |
| 29-Dec-14 | Ergonomic Chairs (9) - black mesh seat & back, nno headrest) | Details & Design | F&F 2014 | 6,547.52 |
| 7-Jan-15 | | | | |

**Fill in this information to identify the case:**

Debtor name    **Express Integrated Technologies, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)    **16-12042-M**

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **BNP Paribas**<br>Creditor's Name<br>**ATTn: Matthew Wyatt**<br>**100 Crescent Court**<br>**Dallas, TX 75251**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2nd lien on all personal property except vehicles and trailers**<br><br>Describe the lien | $11,000,000.00 | Unknown |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Date debt was incurred**
**3/16**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

| **2.2** **BNP Paribas**<br>Creditor's Name<br>**Attn: Matthew Wyatt**<br>**100 Crescent Court**<br>**Dallas, TX 75251**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**2nd lien on all persaonl property (except vehicles and trailers) and mortgage on Oklahoma and Utah real estate**<br><br>Describe the lien | $12,782,811.70 | Unknown |

Creditor's email address, if known

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Date debt was incurred**
**Unknown**
**Last 4 digits of account number**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **Express Integrated Technologies, LLC**

Name

Case number (if know)   **16-12042-M**

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative
priority.

■ Contingent
■ Unliquidated
■ Disputed

---

| 2.3 | **Fifth Street Finance Corp** | Describe debtor's property that is subject to a lien | $3,000,000.00 | Unknown |

Creditor's Name

**777 W. Putnam Ave
3rd Floor
Greenwich, CT 06830**

Creditor's mailing address

**1st lien on personal property except vehicles
and trailers**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
8/16
Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $26,782,811.70 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Andrew R. Turner
Conner & Winters
4000 One Williams Center** | Line   2.1 | |
| **Andrew R. Turner
Conner & Winters
4000 One Williams Center** | Line   2.2 | |

---

Official Form 206D              Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**              page 2 of 2

**Fill in this information to identify the case:**

Debtor name     **Express Integrated Technologies, LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)     **16-12042-M**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **550 Capital Corporation**<br>**630 8th Avenue, Southwest**<br>**Strategic Center, Suite 400**<br>**Calgary, Alberta T2P 1G6, Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2016** | Basis for the claim:  **Commercial lease** | |
| | Last 4 digits of account number  **Unknown** | Is the claim subject to offset?  ☑ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,925.00** |
|---|---|---|---|
| | **A-1 Trucking Service, Inc.**<br>**P.O. Box 471934**<br>**Tulsa, OK 74147-1934** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2016** | Basis for the claim:  **Business expenses** | |
| | Last 4 digits of account number  **Various** | Is the claim subject to offset?  ☑ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$166.37** |
|---|---|---|---|
| | **Admiral Express Office Supply**<br>**Dept 1600**<br>**P.O. Box 22155**<br>**Tulsa, OK 74121-2135** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2016** | Basis for the claim:  **Business expenses** | |
| | Last 4 digits of account number  **Various** | Is the claim subject to offset?  ☑ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,310.00** |
|---|---|---|---|
| | **AIG Insurance Company of Canada**<br>**2000 McGill College Avenue**<br>**Suite 920**<br>**Montreal, Quebec H3A 3H3, Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2016** | Basis for the claim:  **Business expenses** | |
| | Last 4 digits of account number  **Unknown** | Is the claim subject to offset?  ☑ No  ☐ Yes | |

| Debtor | **Express Integrated Technologies, LLC** | Case number (if known) | **16-12042-M** |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**Alden Research Laboratory, Inc.**
**30 Shrewsbury Street**
**Holden, MA 01520-1843**
Date(s) debt was incurred  **2016**
Last 4 digits of account number  **Various**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expenses**

Is the claim subject to offset? ■ No ☐ Yes

**$16,525.50**

---

**3.6** | Nonpriority creditor's name and mailing address
**Ameracrane and Hoist, L.L.C.**
**P.O. Box 1467**
**Owasso, OK 74055-1467**
Date(s) debt was incurred  **2016**
Last 4 digits of account number  **Various**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expenses**

Is the claim subject to offset? ■ No ☐ Yes

**$8,513.00**

---

**3.7** | Nonpriority creditor's name and mailing address
**American Crating Company, Inc.**
**11343 East Tecumseh Street**
**Tulsa, OK 74116-1602**
Date(s) debt was incurred  **2016**
Last 4 digits of account number  **Various**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expenses**

Is the claim subject to offset? ■ No ☐ Yes

**$1,920.00**

---

**3.8** | Nonpriority creditor's name and mailing address
**American Express**
**P.O. Box 650448**
**Dallas, TX 75265-0448**
Date(s) debt was incurred  **2016**
Last 4 digits of account number  **Various**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expenses**

Is the claim subject to offset? ■ No ☐ Yes

**$37,932.33**

---

**3.9** | Nonpriority creditor's name and mailing address
**AP Midwest, LLC, d/b/a Adolfson &**
**Peterson Cons**
**P.O. Box 9377**
**6701 West 23rd Street**
**Minneapolis, MN 55440-9377**
Date(s) debt was incurred  **2016**
Last 4 digits of account number  **Various**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expenses**

Is the claim subject to offset? ■ No ☐ Yes

**$46,421.00**

---

**3.10** | Nonpriority creditor's name and mailing address
**Aspen Technology, Inc.**
**P.O. Box 347374**
**Pittsburgh, PA 15251-4374**
Date(s) debt was incurred  **2016**
Last 4 digits of account number  **Various**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expenses**

Is the claim subject to offset? ■ No ☐ Yes

**$14,083.34**

---

**3.11** | Nonpriority creditor's name and mailing address
**AT&T Mobility**
**P.O. Box 537104**
**Atlanta, GA 30353-7104**
Date(s) debt was incurred  **2016**
Last 4 digits of account number  **Various**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business expenses**

Is the claim subject to offset? ■ No ☐ Yes

**$1,359.37**

---

| Debtor | **Express Integrated Technologies, LLC** | Case number (if known) | **16-12042-M** |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93,700.00 |
|---|---|---|---|
| | **BASF Corporation**<br>**P.O. Box 121151**<br>**Dallas, TX 75312-1151** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2016__ | **Basis for the claim:** __Business expenses__ | |
| | Last 4 digits of account number __Various__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|
| | **BASF Corporation**<br>**100 Park Avenue**<br>**Florham Park, NJ 07932-1089** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2016__ | **Basis for the claim:** __Additional address__ | |
| | Last 4 digits of account number __Various__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142.98 |
|---|---|---|---|
| | **Bete Fog Nozzle, Inc.**<br>**50 Greenfield Street**<br>**Greenfield, MA 01301-1378** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2016__ | **Basis for the claim:** __Business expenses__ | |
| | Last 4 digits of account number __Various__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,476.35 |
|---|---|---|---|
| | **Big Red Fasteners**<br>**P.O. Box 470547**<br>**Tulsa, OK 74147-0547** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2016__ | **Basis for the claim:** __Business expenses__ | |
| | Last 4 digits of account number __Various__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12.40 |
|---|---|---|---|
| | **Board of Equalization**<br>**P.O. Box 942879**<br>**Sacramento, CA 94279-8013** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2016__ | **Basis for the claim:** __Business expenses__ | |
| | Last 4 digits of account number __Various__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48.00 |
|---|---|---|---|
| | **C. G. Martin Co., Inc.**<br>**6400 South 49th West Avenue**<br>**Tulsa, OK 74131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2016__ | **Basis for the claim:** __Business expenses__ | |
| | Last 4 digits of account number __Unknown__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $112.41 |
|---|---|---|---|
| | **CDW Direct**<br>**P.O. Box 75723**<br>**Chicago, IL 60675-5723** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __2016__ | **Basis for the claim:** __Business expenses__ | |
| | Last 4 digits of account number __Various__ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Express Integrated Technologies, LLC** | Case number (if known) | **16-12042-M** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,049.52 |
| | **Chart Cooler Service Co., Inc.**<br>**P.O. Box 088968**<br>**Chicago, IL 60695-1968** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2016** | Basis for the claim:  **Business expenses** | |
| | Last 4 digits of account number  **Unknown** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,064.60 |
| | **Clark Reliance Corporation**<br>**P.O. Box 536097**<br>**Birmingham, IA 52535-9020** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2016** | Basis for the claim:  **Business expenses** | |
| | Last 4 digits of account number  **Various** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,888.00 |
| | **Class Ten Industries**<br>**4996 South 50th Street**<br>**Pryor, OK 74361** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2016** | Basis for the claim:  **Business expenses** | |
| | Last 4 digits of account number  **Various** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,579.41 |
| | **Cline Industrial Power Service**<br>**c/o US Bank**<br>**Attn: Jamie Wilson**<br>**9001 North Indian Trail Road**<br>**Spokane, WA 99208-9116** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2016** | Basis for the claim:  **Business expenses** | |
| | Last 4 digits of account number  **Various** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,206.50 |
| | **Clyde Bergemann**<br>**Power Group Americas**<br>**P.O. Box 2150**<br>**Auburn, ME 04211-2150** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2016** | Basis for the claim:  **Business expenses** | |
| | Last 4 digits of account number  **Various** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $403,140.00 |
| | **Cormetech, Inc.**<br>**Treyburn Corporate Park**<br>**5000 International Drive**<br>**Durham, NC 27712-8909** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2016** | Basis for the claim:  **Business expenses** | |
| | Last 4 digits of account number  **Various** | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,588.57 |
| | **Corrcoat Services, Inc.**<br>**7829 Coronet Road, Northwest**<br>**Edmonton, Alberta T6E 4N7 Canada** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2016** | Basis for the claim:  **Business expenses** | |
| | Last 4 digits of account number  **Various** | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Express Integrated Technologies, LLC** | Case number (if known) | **16-12042-M** |
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|
| | **David Caffey** | ☐ Contingent | |
| | **11717 South 87th East Avenue** | ☐ Unliquidated | |
| | **Bixby, OK 74008-2108** | ☐ Disputed | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Business expenses** | |
| | Last 4 digits of account number **Various** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,561.60 |
|---|---|---|---|
| | **Dell Financial Services, LLC** | ☐ Contingent | |
| | **P.O. Box 81585** | ☐ Unliquidated | |
| | **Austin, TX 78708-1585** | ☐ Disputed | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Business expenses** | |
| | Last 4 digits of account number **Various** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,382.01 |
|---|---|---|---|
| | **Dresser, Inc. - Masoneilan** | ☐ Contingent | |
| | **P.O. Box 201196** | ☐ Unliquidated | |
| | **Dallas, TX 75320-1196** | ☐ Disputed | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Business expenses** | |
| | Last 4 digits of account number **Unknown** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,343.04 |
|---|---|---|---|
| | **E&H: Endress & Hauser, Inc.** | ☐ Contingent | |
| | **P.O. Box 663674** | ☐ Unliquidated | |
| | **Indianapolis, IN 46266-3674** | ☐ Disputed | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Business expenses** | |
| | Last 4 digits of account number **Various** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,813.36 |
|---|---|---|---|
| | **Edge Transportation Services** | ☐ Contingent | |
| | **3550 Ldylwyld Drive North** | ☐ Unliquidated | |
| | **Saskatoon, SK S7L 6G3 Canada** | ☐ Disputed | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Business expenses** | |
| | Last 4 digits of account number **Various** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $525.00 |
|---|---|---|---|
| | **Entrec Trans Services CND** | ☐ Contingent | |
| | **Box 3490** | ☐ Unliquidated | |
| | **110 Diamond Avenue** | ☐ Disputed | |
| | **Spruce Grove, AB T7X 3A7 Canada** | | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Business expenses** | |
| | Last 4 digits of account number **Various** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.01 |
|---|---|---|---|
| | **Executive Coffee Services** | ☐ Contingent | |
| | **P.O. Box 581238** | ☐ Unliquidated | |
| | **Tulsa, OK 74158-1238** | ☐ Disputed | |
| | Date(s) debt was incurred **2016** | Basis for the claim: **Business expenses** | |
| | Last 4 digits of account number **Various** | Is the claim subject to offset? ☒ No ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Express Integrated Technologies, LLC** | Case number *(if known)* | **16-12042-M** |
|---|---|---|---|
| | Name | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,272.93 |
|---|---|---|---|

**F.A.I.R. Electrical Consulting**
**349 21st Northeast Medicine Hat**
**Alberta, T1A 5T8, Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,404.00 |
|---|---|---|---|

**Fabenco**
**2002 Karbach Street**
**Houston, TX 77092-8406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $631.80 |
|---|---|---|---|

**Fastenal Mexico S De R.L. De C**
**Limbramiento Poniente, #100**
**Tampcio Altamira**
**Altamira Tamaulipas, 89609 Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $293.13 |
|---|---|---|---|

**Fed Ex**
**Revenue Recovery**
**P.O. Box 94515**
**Palatine, IL 60094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,179.00 |
|---|---|---|---|

**Flextech Engineering, Inc.**
**P.O. Box 725**
**Glendora, CA 91740-0725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $937.60 |
|---|---|---|---|

**Foxboro Invensys Systems, Inc.**
**14526 Collections Center Drive**
**Chicago, IL 60693-0145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,194.60 |
|---|---|---|---|

**Gary Carter Inspections, Inc.**
**40731 North 4010 Road**
**Collinsville, OK 74021-6340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Express Integrated Technologies, LLC** | Case number (if known) | **16-12042-M** |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$162,681.60** |
|---|---|---|---|

**Gas Turbine Efficiency, LLC**
**300 Sunport Lane**
**Suite 100**
**Orlando, FL 32809-8121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$499.86** |
|---|---|---|---|

**GT Industries of Oklahoma, Inc.**
**P.O. Box 470922**
**Tulsa, OK 74147-0922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$743.68** |
|---|---|---|---|

**HiCorp**
**4383 South 91st East Avenue**
**Tulsa, OK 74145-3332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$160.00** |
|---|---|---|---|

**Ideal Specialty, Inc.**
**2531 East Indepence Street**
**Tulsa, OK 74110-5056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Business expenses**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$568.75** |
|---|---|---|---|

**Integrated Safety Management**
**U.S. Department of Energy**
**1000 Independence Avenue, Southwest**
**Washington, DC 20585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$18,428.13** |
|---|---|---|---|

**Interworks, Inc.**
**1425 South Sangre Road**
**Stillwater, OK 74074-1832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Basis for the claim:  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Jacobs Canada, Inc.**
**c/o Lowell A. Westersund, Esquire**
**Rose, LLP**
**810, 333 5th Avenue, Southwest**
**Calgary, Alberta T2P 3B6**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06/11/2014**

Basis for the claim:  **Notice**

Last 4 digits of account number  **5192**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Express Integrated Technologies, LLC** | Case number (if known) | **16-12042-M** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jacobs Canada, Inc.**
**205 Quarry Park Boulevard**
**Calgary, Alberta T2C 3E7, Canada**

Date(s) debt was incurred  __06/11/2016__

Last 4 digits of account number  __5192__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**JFSL Projects, Ltd.**
**c/o Lowell A. Westersund, Esquire**
**Rose, LLP**
**810, 333 5th Avenue, Southwest**
**Calgary, Alberta T2P 3B6 Canada**

Date(s) debt was incurred  __06/11/2014__

Last 4 digits of account number  __5192__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Queen's Bench of Alberta-Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,700,000.00 |
|---|---|---|---|

**JFSL Projects, Ltd.**
**205 Quarry Park Boulevard**
**Calgary, Alberta T2C 3E7**

Date(s) debt was incurred  __06/11/2014__

Last 4 digits of account number  __5192__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Queen's Bench of Alberta, Case No. 1301-15192__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $695.20 |
|---|---|---|---|

**JMS Southeast, Inc.**
**Temperature Measurement**
**105 Temperature Lane**
**Statesville, NC 28677-9638**

Date(s) debt was incurred  __2016__

Last 4 digits of account number  __Various__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Joe Neel**
**6236 South 443**
**Locust Grove, OK 74352-1289**

Date(s) debt was incurred  __2016__

Last 4 digits of account number  __Various__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $166,500.00 |
|---|---|---|---|

**Johnson Matthey Stationary EMI**
**P.O. Box 88865**
**Dept. 210**
**Chicago, IL 60695-1865**

Date(s) debt was incurred  __2016__

Last 4 digits of account number  __Various__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63.75 |
|---|---|---|---|

**Josh Kimrey**
**4327 South 200th East Avenue**
**Broken Arrow, OK 74014-1344**

Date(s) debt was incurred  __2016__

Last 4 digits of account number  __Various__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Express Integrated Technologies, LLC** | Case number (if known) | **16-12042-M** |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,243.75 |
|---|---|---|---|

**KMP, LLC**
**2920 East Iliff Avenue**
**Denver, CO 80210-5507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Business expenses__

Last 4 digits of account number __Various__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,276.00 |
|---|---|---|---|

**Knape Associates, Inc.**
**10941 Day Road**
**Houston, TX 77043-4901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Business expenses__

Last 4 digits of account number __Various__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lauren Engineers & Constructors, ULC**
**550 South 18th Street**
**Abilene, TX 79602-4910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Additional address__

Last 4 digits of account number __Various__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,594,173.24 |
|---|---|---|---|

**Lauren Engineers & Constructors, ULC**
**c/o Clint Rosenbaum**
**700-736 6th Avenue, Southwest**
**Calgary, Alberta T2P 3T7 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Business expenses__

Last 4 digits of account number __Various__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lauren Engineers & Constructors, ULC**
**c/o Terry Martin**
**700-736 6th Avenue, Southwest**
**Calgary, Alberta T2P 3T7 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Additional address__

Last 4 digits of account number __Various__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.30 |
|---|---|---|---|

**McMaster-Carr Supply Company**
**P.O. Box 7690**
**Cos Cob, CT 06807-6900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Business expenses__

Last 4 digits of account number __Unknown__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,650.00 |
|---|---|---|---|

**Merit Advisors, LP**
**P.O. Box 330**
**Gainesville, TX 76241-0330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Business expenses__

Last 4 digits of account number __Various__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Express Integrated Technologies, LLC** | | Case number (if known) | **16-12042-M** |
|---|---|---|---|---|
| | Name | | | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$313.00** |
|---|---|---|---|

**Mid-States Supply Co., Inc.**
**NW 6275**
**P.O. Box 1450**
**Minneapolis, MN 55485-6275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:**  **Business expenses**

Last 4 digits of account number  **Unknown**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,217.69** |
|---|---|---|---|

**Moodie, Mair, Walker, LLP**
**154 University Avenue**
**Suite 502**
**Toronto, ON M5H 3Y9 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:**  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,189.94** |
|---|---|---|---|

**Morrow Mechanical, Inc.**
**3577 Gorge Place**
**Carlsbad, CA 92010-7083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:**  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$169.22** |
|---|---|---|---|

**Newco Valves, LLC**
**13127 Trinity Drive**
**Stafford, TX 77477-4297**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:**  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,156.90** |
|---|---|---|---|

**Northern Blower, Inc.**
**901 Regent Avenue, West**
**Winnipeg Manitoba, R2C 2Z8 Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:**  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,071.27** |
|---|---|---|---|

**Oakes Welding & Fabrication, Inc.**
**P.O. Box 601**
**Mannford, OK 74044-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:**  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$167.76** |
|---|---|---|---|

**OK Filter Company, Inc.**
**14602 Clean Air Drive**
**Tulsa, OK 74116-2645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:**  **Business expenses**

Last 4 digits of account number  **Various**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Express Integrated Technologies, LLC**                Case number *(if known)*    **16-12042-M**
_____
Name

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,744.63 |
|---|---|---|---|

**Old Dominion Freight Line, Inc.**
P.O. Box 841324
Dallas, TX 75284-1324

Date(s) debt was incurred __2016__
Last 4 digits of account number __Various__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,000.00 |
|---|---|---|---|

**Penn Well Corporation**
21428 Network Place
Chicago, IL 60673-1214

Date(s) debt was incurred __2016__
Last 4 digits of account number __Various__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $328.47 |
|---|---|---|---|

**Percy H. Davis, Ltd. (CND)**
P.O. Box 98
Portal, ND 58772-0098

Date(s) debt was incurred __2016__
Last 4 digits of account number __Various__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,881.07 |
|---|---|---|---|

**Precision Fitting & Gauge Company**
Department 3653
Tulsa, OK 74182-0001

Date(s) debt was incurred __2016__
Last 4 digits of account number __Various__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,754.90 |
|---|---|---|---|

**Productos Metalicos**
Lazaro Cardenas No. 188
Parque Industrial Lagunero
Gomez Palacio, DGO C.P. 35078

Date(s) debt was incurred __2016__
Last 4 digits of account number __Various__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,715.58 |
|---|---|---|---|

**Quality Perforating, Inc.**
166 Dundaff Street
Carbondale, PA 18407-1565

Date(s) debt was incurred __2016__
Last 4 digits of account number __Unknown__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $81.60 |
|---|---|---|---|

**QuikPrint**
3711 South Sheridan
Tulsa, OK 74145-1127

Date(s) debt was incurred __2016__
Last 4 digits of account number __Various__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Business expenses__

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Express Integrated Technologies, LLC** | Case number (if known) | **16-12042-M** |
|---|---|---|---|
| | Name | | |

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,271.35 |
|---|---|---|---|

**Rexel Electrical & Datacom**
P.O. Box 844519
Dallas, TX 75284-4519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Business expenses__

Last 4 digits of account number __Various__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,091.37 |
|---|---|---|---|

**Rosemount Analytical, Inc.**
22737 Network Place
Chicago, IL 60673-1227

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Business expenses__

Last 4 digits of account number __Various__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150.00 |
|---|---|---|---|

**Scott Ledbetter**
11441 South 87th East Avenue
Bixby, OK 74008-2418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Business expenses__

Last 4 digits of account number __Various__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,439.00 |
|---|---|---|---|

**Seal Co. Enterprises, Inc.**
1558 North 107th East Avenue
Tulsa, OK 74116-1512

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Business expenses__

Last 4 digits of account number __Various__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Smithers Quality Assessments**
P.O. Box 76165
Cleveland, OH 44101-4755

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Business expenses__

Last 4 digits of account number __Various__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $195.49 |
|---|---|---|---|

**Telus**
P.O. Box 5300
Burlington, ON L7R 4S8 Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Business expenses__

Last 4 digits of account number __Various__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,896.57 |
|---|---|---|---|

**Thomas Insulation, Inc. (CAD)**
1115 55th Avenue, Northeast
Calgary, AB T2E 6W1 Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2016__

Basis for the claim:  __Business expenses__

Last 4 digits of account number __Various__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Express Integrated Technologies, LLC**
Name

Case number *(if known)* **16-12042-M**

| | |
|---|---|
| 3.82 | |

**Nonpriority creditor's name and mailing address**
Thomas J. Tefft
302 North Cherokee Street
Catoosa, OK 74015-2017

Date(s) debt was incurred **2016**

Last 4 digits of account number **Various**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business expenses**

Is the claim subject to offset? ■ No  ☐ Yes

**$301.26**

---

| | |
|---|---|
| 3.83 | |

**Nonpriority creditor's name and mailing address**
Triton Projects, Ltd.
825 Davies Road
Edmonton, Alberta T6E 4N3, Canada

Date(s) debt was incurred **2016**

Last 4 digits of account number **Various**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business expenses**

Is the claim subject to offset? ■ No  ☐ Yes

**$41,351.89**

---

| | |
|---|---|
| 3.84 | |

**Nonpriority creditor's name and mailing address**
Unifrax Corporation
P.O. Box 64426
Baltimore, MD 21264-4426

Date(s) debt was incurred **2016**

Last 4 digits of account number **Various**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business expenses**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,836.00**

---

| | |
|---|---|
| 3.85 | |

**Nonpriority creditor's name and mailing address**
United Rentals, N.A., Inc.
P.O. Box 840514
Dallas, TX 75284-0514

Date(s) debt was incurred **2016**

Last 4 digits of account number **Various**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business expenses**

Is the claim subject to offset? ■ No  ☐ Yes

**$982.94**

---

| | |
|---|---|
| 3.86 | |

**Nonpriority creditor's name and mailing address**
Vinson Process Controls Co., LP
P.O. Box 671389
Dallas, TX 75267-1389

Date(s) debt was incurred **2016**

Last 4 digits of account number **Various**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business expenses**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,051.77**

---

| | |
|---|---|
| 3.87 | |

**Nonpriority creditor's name and mailing address**
William Powell Company
2503 Spring Grove Avenue
Cincinnati, OH 45214

Date(s) debt was incurred **2016**

Last 4 digits of account number **Unknown**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business expenses**

Is the claim subject to offset? ■ No  ☐ Yes

**$326.92**

---

| | |
|---|---|
| 3.88 | |

**Nonpriority creditor's name and mailing address**
Yokogawa Corp. of America
P.O. Box 409220
Atlanta, GA 30384-9220

Date(s) debt was incurred **2016**

Last 4 digits of account number **Various**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business expenses**

Is the claim subject to offset? ■ No  ☐ Yes

**$6,296.46**

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | **Express Integrated Technologies, LLC** | Case number (if known) | **16-12042-M** |
|---|---|---|---|
| | Name | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 6,807,805.04 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 6,807,805.04 |

**Fill in this information to identify the case:**

Debtor name **Express Integrated Technologies, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OKLAHOMA

Case number (if known) **16-12042-M**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest  **Work in Progress** | |
| State the term remaining | |
| List the contract number of any government contract | **Air Products** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest  **Work in Progress** | |
| State the term remaining | |
| List the contract number of any government contract | **Dow**  **Post Office Box 994**  **Midland, MI 48686-0994** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest  **Work in progress** | |
| State the term remaining | |
| List the contract number of any government contract | **EIT Flour**  **10810 East 4th Street**  **Suite 400**  **Tulsa, OK 74146-3806** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest  **Work in Progress** | |
| State the term remaining | **EIT GE**  **10810 East 4th Street**  **Suite 400** |
| List the contract number of any government contract | **Tulsa, OK 74146-3806** |

Debtor 1   **Express Integrated Technologies, LLC**

First Name        Middle Name         Last Name

Case number (*if known*)   **16-12042-M**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Work in Progress**<br><br><br>**EIT S&W** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease of office equipment**<br><br><br>**JD Young**<br>**P.O. Box 3368**<br>**Tulsa, OK 74101-3368** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Landlord of Commercial Lease at 10810 E. 45th Street, Suite 400, Tulsa, Oklahoma 74146**<br><br>**Joshua Operating Company, L.L.C.**<br>**4500 S. Garnett, Suite 220**<br>**Tulsa, OK 74146** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Office Lease**<br><br><br>**Paradigm Realty Advisors, LLC**<br>**4500 South Garnett**<br>**Suite 600**<br>**Tulsa, OK 74146-5211** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Work in Progress**<br><br><br>**Petro-Chem Development Co.**<br>**c/o John E. Howland**<br>**525 S. Main, Suite 700**<br>**Tulsa, OK 74103** |
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining | **Work in Progress/EIT**<br><br>**S&W Energy Solutions, Inc.**<br>**c/o Sidney Swinson, Esquire**<br>**100 W. 5th Street, Suite 1100**<br>**Tulsa, OK 74103** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor 1    **Express Integrated Technologies, LLC**                            Case number *(if known)*    **16-12042-M**
        First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

---

**2.11.**  State what the contract or lease is for and the nature of the debtor's interest        **Work in Progress**

State the term remaining

List the contract number of any government contract

**Scelerin**
**5870 East Skelly Drive**
**Suite 1700**
**Tulsa, OK 74135**

---

**2.12.**  State what the contract or lease is for and the nature of the debtor's interest        **Work in Progress**

State the term remaining

List the contract number of any government contract

**Sigma Thermal**
**4875 Deen Rd**
**Marietta, GA 30066**

---

**2.13.**  State what the contract or lease is for and the nature of the debtor's interest        **Work in Progress**

State the term remaining

List the contract number of any government contract

**Technip**
**555 W. Arrow Highway**
**Claremont, CA 91711**

---

**2.14.**  State what the contract or lease is for and the nature of the debtor's interest        **Work in Progress**

State the term remaining

List the contract number of any government contract

**Tecnicas Reunidas**
**3050 Post Oak Blvd, #230**
**Houston, TX 77056**

---

**2.15.**  State what the contract or lease is for and the nature of the debtor's interest        **Work in Progress**

State the term remaining

List the contract number of any government contract

**Wechsler**

---

**Fill in this information to identify the case:**

Debtor name **Express Integrated Technologies, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OKLAHOMA

Case number (if known) **16-12042-M**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.2 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.3 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |
| 2.4 | | | | ☐ D ☐ E/F ☐ G |
| | | Street | | |
| | | City          State          Zip Code | | |