# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OKLAHOMA

**IN RE:**

_Express Integrated Technologies, LLC_,

**Debtor(s).**

Case No. _16-12042-M_
Chapter _7_

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

_Innova Global, Inc._, a
[Name of Corporate Party]

(check one):

☐ Corporate Debtor

☐ Party to an adversary proceeding

☑ Party to a contested matter

☐ Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____

_____

_____

_____

**OR**

☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this _19_ day of _January_, 201_7_.

s/ **Michael R. Pacewicz**
Attorney Name, OBA # _18794_
[Address/Telephone/Fax/Email]
Crowe & Dunlevy, P.C.
321 S Boston Ave, Suite 500
Tulsa, Oklahoma 74103-3313
Attorney for _Innova Global, Inc._