**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

Filed/Docketed
Jan 27, 2017

In Re:                          )

                                )

Express Integrated Technologies, LLC,    )      **Case No.  16-12042-M**

                                )      **Chapter 7**

                                )

            Debtor.                  )

**ORDER AUTHORIZING AND APPROVING SALE OF PERSONAL
PROPERTY FREE AND CLEAR OF ALL LIENS, CLAIMS,
ENCUMBRANCES AND INTERESTS,
<u>AND WAIVER OF 14-DAY STAY</u>**

There came on for consideration before the Honorable Terrence L. Michael, Chief United States Bankruptcy Judge, the Trustee's Motion for Order Authorizing and Approving Sale of Personal Property Free and Clear of all Liens, Claims, Encumbrances and Interests and Waiver of 14-Day Stay [Doc. # 91] (the **"Sale Motion"**).  There also came on for consideration the following objections and/or responses:

- Innova Global, Inc.'s (**"Innova"**) Limited Objection to the Sale Motion [Doc. #123], and Innova's Opening Bid [Doc. #128].  Appearing on behalf of Innova was Michael R. Pacewicz of the law firm Crowe & Dunlevy.

- PMFG, Inc.'s (**"PMFG"**) Limited Objection to Sale Motion, Expedited Motion to Compel Trustee to Provide Relevant Information Regarding Assets Subject to Sale, and Request for Expedited Hearing ad Ruling [Doc. #129].  Appearing on behalf of PMFG was Charles Greenough of the law firm McAfee & Taft; and John Harden of the law firm K&L Gates.

- General Electric Company's (**"GE"**) Limited Objection to the Sale Motion [Doc. #131].  Appearing on behalf of GE was Mac D. Finlayson of the law firm Eller & Detrich.

- Cormetech, Inc.'s (**"Cormetech"**) Limited Objection to the Sale Motion [Doc. #126].  Appearing on behalf of Cormetech was Sam G. Bratton II of the law firm

1

Doerner, Saunders, Daniel & Anderson.

- The Trustee's Response and Objection to PMFG's Limited Objection [Doc. #133]; and the Trustee's Response and Objection to GE's Limited Objection [Doc. #135].

- Innova's Response to PMFG's Limited Objection [Doc. #136].

- SISU Energy & Environmental, LLC's (**"SISU"**) Response to PMFG's Limited Objection [Doc. #138]. Appearing on behalf of SISU was Steven W. Soule' of the law firm Hall Estill.

Also appearing at the Sale Approval Hearing were: Bonnie Hackler of the Office of the United States Trustee; Andrew R. Turner of the law firm Conner & Winters on behalf of BNP Paribas; Karen Carden Walsh of the law firm Riggs Abney on behalf of the Trustee; and Scott P. Kirtley, Trustee.

After consideration of the statements of counsel read into the record, the limited objections of Innova, PMFG, GE and Cormetech to the Sale Motion have been resolved. After consideration of the arguments of counsel, the responses by SISU and Innova to PMFG's right to bid are denied.

This Court further finds and concludes:

1. Express Integrated Technologies, LLC (**"EIT"**) filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on November 9, 2016.

2. A companion case, Express Metal Fabricators, LLC (**"EMF"**) filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Code on November 9, 2016.

3. Scott P. Kirtley is the duly appointed, qualified and acting Trustee of these cases.

4. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. Section 1334. This is a core matter pursuant to 28 U.S.C. Section 157(b)(2). Venue of these proceedings is

2

proper pursuant to 28 U.S.C. Sections 1408 and 1409.

5. Notice of the Sale Motion and the Order Shortening Notice and Setting Sale Approval Hearing [Doc. #101] was mailed to all parties in interest on January 11, 2017.

6. Pursuant to the Sale Motion and the Order Shortening Notice and Setting Sale Approval Hearing, the Trustee conducted an auction of the assets listed in the Sale Motion (the **"Property"**) and the Asset Purchase Agreement (**"APA"**). A copy of the APA is attached as **Exhibit "A"** and incorporated herein by reference.

7. At the conclusion of the auction, the Trustee determined that Innova was the highest and best bidder with a bid of Four Million, One Hundred Thousand Dollars and No Cents ($4,100,000.00) (the **"Purchase Price"**).

8. The Trustee's sale of the Property described in the Sale Motion and in the APA to Innova is free and clear of all liens, claims, encumbrances and interests.

9. BNP Paribas claims that it is a properly perfected secured creditor in and to the Property.

10. The Trustee has not determined whether BNP Paribas is a properly perfected secured creditor in the Property.

11. The liens, claims, encumbrances and interests of BNP Paribas and any other creditor shall attach to the proceeds of the sale of the Property.

12. BNP Paribas consents to the sale of the Property.

13. The Trustee has demonstrated sound business judgment in negotiating and auctioning the sale of the Property, has acted on an informed basis, and has maximized the value of these assets.

14. The Purchase Price is fair and reasonable consideration for the Property because it

represents the product of extensive arm's length negotiations by the Trustee and prospective purchasers, and is the product of an auction in which three parties actively participated.

15.     Innova has demonstrated that it is a bona fide bidder and good faith purchaser of the Property and has the ability to conclude the Sale of the Property.

16.     Sale of the Property is in the best interests of the respective bankruptcy estates.

17.     Because sale of the Property will enable the Trustee to eliminate, as an administrative expense, the rent associated with office space and a fabrication plant where the Property is located, cause exists to waive the 14-day stay of F.R.Bankr.P. 6004(h).

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that notice of the Sale Motion and the Order Shortening Notice and Setting Sale Approval Hearing was proper.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Trustee is authorized to sell the Property pursuant to the APA to Innova for $4,100,000.00 free and clear of all liens, claims, encumbrances and interests.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the 14-day stay pursuant to F.R.Bankr.P. 6004(h) shall not apply in this case.

DATED this 27th day of January, 2017.

BY THE COURT:

TERRENCE L. MICHAEL, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

*[signatures on next page]*

4

**Approved as to Form and Content:**

RIGGS, ABNEY, NEAL
TURPEN, ORBISON & LEWIS


*S/Scott P. Kirtley*
Scott P. Kirtley, OBA No. 11388
502 West 6th Street
Tulsa, Oklahoma   74119-1010
(918) 587-3161
(918) 587-9708 (fax)

Attorneys for Trustee



CROWE & DUNLEVY


*S/Michael R. Pacewicz*
Michael R. Pacewicz, OBA No. 18794
500 Kennedy Building
321 S. Boston Ave.
Tulsa, Oklahoma 74103-3313
(918) 592-9800
(918) 592-9801 (fax)

Attorneys for Innova Global, Inc.



CONNER & WINTERS


*S/Andrew R. Turner*
Andrew R. Turner, OBA No. 9125
4000 One Williams Center
Tulsa, Oklahoma 74172-0148
(918) 586-8972
(918) 586-8672 (fax)

Attorneys for BNP Paribas

5