# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 16-12042M
**Case Name:** EXPRESS INTEGRATED TECHNOLOGIES, LLC
**For Period Ending:** 09/30/2022

**Trustee Name:** (560010) Scott P. Kirtley
**Date Filed (f) or Converted (c):** 11/09/2016 (f)
**§ 341(a) Meeting Date:** 12/05/2016
**Claims Bar Date:** 07/03/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo business accounts proceeds (u) | 308,865.00 | 307,618.89 | | 307,618.89 | FA |
| 2 | Work in progress | Unknown | 3,689,948.24 | | 3,689,948.24 | FA |
| 3 | Accounts receivable | Unknown | 23,472.50 | | 23,472.50 | FA |
| 4 | Prepayments (per 9/30/16 financial statement) | 113,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2006 Honda Accord VP<br>Sale Order entered 3/22/17. | 2,243.00 | 4,000.00 | | 4,000.00 | FA |
| 6 | 2007 Ford Expedition<br>(asset of CCCG, LLC; Case #16-12040-M) | 4,629.00 | 0.00 | | 0.00 | FA |
| 7 | 2008 Honda Accord LX<br>Sale Order entered 3/22/17. | 4,661.00 | 4,100.00 | | 4,100.00 | FA |
| 8 | 2008 Honda Accord EX-L<br>Sale Order entered 1/27/17. | 5,317.00 | 5,317.00 | | 5,317.00 | FA |
| 9 | 2008 Ford F150 pickup Lariat, S Cab. Valuation M<br>Sale Order entered 1/27/17. | 7,319.00 | 7,319.00 | | 7,319.00 | FA |
| 10 | 2008 Honda Element SC<br>Sale Order entered 3/22/17. | 6,000.00 | 7,900.00 | | 7,900.00 | FA |
| 11 | Office furniture and fixtures<br>Sale Order entered 1/27/17.<br>Compromise Order with JD Young entered 8/10/17. | 111,000.00 | 205,884.00 | | 205,884.00 | FA |
| 12 | Wells Fargo refund (u) | 158.39 | 158.39 | | 158.39 | FA |
| 13 | Drawings, patents and trademarks | Unknown | 0.00 | | 0.00 | FA |
| 14 | Preferential transfer (u) | 80,141.79 | 80,141.79 | | 80,141.79 | FA |
| INT | INTEREST (u) | Unknown | N/A | | 2,815.89 | Unknown |
| 15 | **Assets   Totals**   (Excluding unknown values) | **$643,334.18** | **$4,335,859.81** | | **$4,338,675.70** | **$0.00** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 16-12042M
**Case Name:** EXPRESS INTEGRATED TECHNOLOGIES, LLC
**For Period Ending:** 09/30/2022

**Trustee Name:** (560010) Scott P. Kirtley
**Date Filed (f) or Converted (c):** 11/09/2016 (f)
**§ 341(a) Meeting Date:** 12/05/2016
**Claims Bar Date:** 07/03/2017

### Major Activities Affecting Case Closing:

Awaiting verification from accountant as to abatement of penalty.
Order approving and authorizing Fourth Motion to Pay Accountants entered 9/10/21.
UST approved interim report and motion to approve interim distribution and interim attorney fees on 12/15/20.   Order approving interim fees entered 1/14/21.
Order sustaining Objection to Claim 4 (James Alfred) entered 1/14/21.
$900,000.00 tax penalty that arose in June, 2020; the Trustee has subpoenaed documents from the Debtor's pre-petition payroll service requested by the IRS to abate the penalty.
Order sustaining Objection to Claim 4 of Alfred entered 1/14/21.
Order approving/authorizing Third Motion to Pay Accountant entered 3/26/20.
Orders sustaining objections to claims 10, 19, 21, 23, 26 and 28 all entered 11/18/19.
Orders sustaining objections to claims 1, 3, 6 and 22 all entered 11/15/19.
Order Withdrawing Objection to Claim No. 20/Vinson entered 10/22/19.
Withdrawal of Trustee's Partial Objection to Claim No. 3 filed 9/26/19.
Form 1 updated 10/25/22.

**Initial Projected Date Of Final Report (TFR):** 05/31/2018       **Current Projected Date Of Final Report (TFR):** 03/31/2023

Form 2

# Cash Receipts And Disbursements Record

Page: 1

| Case No.: | 16-12042M | Trustee Name: | Scott P. Kirtley (560010) |
|---|---|---|---|
| Case Name: | EXPRESS INTEGRATED TECHNOLOGIES, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6312 | Account #: | ******5166 Checking Account |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,885,000.00 |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | | Deposit $ | Disbursement $ | Account Balance |
| 12/13/16 | {1} | Wells Fargo | Wells Fargo business account proceeds | | 1290-000 | 304,434.82 | | 304,434.82 |
| 12/21/16 | {2} | Constellation NewEnergy Inc./Citibank NA | Work in process settlement | | 1121-000 | 91,959.83 | | 396,394.65 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 272.47 | 396,122.18 |
| 01/03/17 | {1} | Wells Fargo | Wells Fargo business account (Canadian funds deposited) | | 1290-000 | 4,429.68 | | 400,551.86 |
| 01/03/17 | 1 | FGC, LLC | Consulting services-assistance in compiling information for bankrutpcy schedules | | 3732-000 | | 2,000.00 | 398,551.86 |
| 01/03/17 | {1} | Wells Fargo | Deposit 10002-1 converted to USD =$3,184.07 9$1,245.61 difference) | | 1290-000 | -1,245.61 | | 397,306.25 |
| 01/04/17 | {3} | Aluma Systems Inc. | Account receivable | | 1121-000 | 12,022.50 | | 409,328.75 |
| 01/05/17 | {12} | Wells Fargo | Refund | | 1229-000 | 158.39 | | 409,487.14 |
| 01/10/17 | {3} | Aluma Systems | Account receivable | | 1121-000 | 11,450.00 | | 420,937.14 |
| 01/27/17 | | Innova Global Inc. | Sale of business assets per Order 1/27/17 | | | 3,334,975.00 | | 3,755,912.14 |
| | {8} | | per Order 1/27/17 | $5,317.00 | 1129-000 | | | |
| | {9} | | per Order 1/27/17 | $7,319.00 | 1129-000 | | | |
| | {2} | | WIP "GE Ocotillo Project" per Order 1/27/17 | $3,150,000.00 | 1121-000 | | | |
| | {11} | | per Order 1/27/17 | $172,339.00 | 1129-000 | | | |
| 01/30/17 | {11} | Innova Global Inc. | Sale of business assets per Order 1/27/17 | | 1129-000 | 45.00 | | 3,755,957.14 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 939.48 | 3,755,017.66 |
| 02/09/17 | 2 | FGC, LLC | Consulting services-assistance in compiling information for bankrutpcy schedules | | 3731-000 | | 2,500.00 | 3,752,517.66 |
| 02/23/17 | {11} | Tulsa Pain Consultants, Inc., PC | Sale of office furniture/furnishings per Order 1/27/17 | | 1129-000 | 30,000.00 | | 3,782,517.66 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 2,684.93 | 3,779,832.73 |
| 03/13/17 | {2} | S&W Energy Solutions, Inc. | Work in Progress per Order 1/4/17 | | 1121-000 | 112,000.00 | | 3,891,832.73 |
| 03/15/17 | 3 | IPFS Corporation | Adequate protection payment per Order entered 3/13/17 | | 2990-000 | | 161,320.35 | 3,730,512.38 |
| 03/22/17 | 4 | Automated Mail Service | Administrative claim per Order 3/21/17 | | 2990-000 | | 2,196.43 | 3,728,315.95 |
| | | | | | Page Subtotals: | $3,900,229.61 | $171,913.66 | |

{ } Asset Reference(s)          ! - transaction has not been cleared

Form 2

Page: 2

# Cash Receipts And Disbursements Record

| Case No.: | 16-12042M | Trustee Name: | Scott P. Kirtley (560010) |
| --- | --- | --- | --- |
| Case Name: | EXPRESS INTEGRATED TECHNOLOGIES, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6312 | Account #: | ******5166 Checking Account |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,885,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/22/17 | 5 | Automated Mail Service | Administrative claim per Order 3/21/17 | 2990-000 | | 5,248.75 | 3,723,067.20 |
| 03/30/17 | | To Account #******5167 | Transferring funds to segregated secured funds account | 9999-000 | | 3,538,097.16 | 184,970.04 |
| 04/25/17 | | From Account #******5167 | Transfer $141,294.00 from MMA to DDA | 9999-000 | 141,294.00 | | 326,264.04 |
| 04/25/17 | 6 | Lockton | D&O insurance coverage (summary bill number: A47782) | 2420-750 | | 72,299.00 | 253,965.04 |
| 04/25/17 | 7 | Lockton | General liability insurance (invoice no. 9096086) | 2420-750 | | 1,855.00 | 252,110.04 |
| 04/25/17 | 8 | Paradigm Realty Advisors, LLC as Agent for Joshua Operating | Administrative rent claim per Order 4/11/17 | 2410-000 | | 67,140.00 | 184,970.04 |
| 04/27/17 | | Dakil Auctioneers, Inc. | Sale of 2008 Honda Element, 2008 Honda Accord and 2006 Honda Accord per Order 3/22/17 | | 16,000.00 | | 200,970.04 |
| | {10} | | Sale of 2008 Honda Element per Order 3/22/17  $7,900.00 | 1129-000 | | | |
| | {7} | | Sale of 2008 Honda Accord per Order 3/22/17  $4,100.00 | 1129-000 | | | |
| | {5} | | Sale of 2006 Honda Accord per Order 3/22/17  $4,000.00 | 1129-000 | | | |
| 04/27/17 | | To Account #******5167 | Transfer $15,200.00 from DDA to MMA | 9999-000 | | 15,200.00 | 185,770.04 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 264.69 | 185,505.35 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 293.50 | 185,211.85 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 266.40 | 184,945.45 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 257.14 | 184,688.31 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 292.23 | 184,396.08 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 256.38 | 184,139.70 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 282.51 | 183,857.19 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 264.45 | 183,592.74 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 255.26 | 183,337.48 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 290.07 | 183,047.41 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 245.73 | 182,801.68 |
| 03/26/18 | 9 | Kevin F. Fite and the firm of Eide Bailly | Accountant fees per Order 3/20/18 | 3310-000 | | 54,376.32 | 128,425.36 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 262.93 | 128,162.43 |
| | | | | Page Subtotals: | $157,294.00 | $3,757,447.52 | |

{ } Asset Reference(s)          ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | |
|---|---|
| Case No.: | 16-12042M |
| Case Name: | EXPRESS INTEGRATED TECHNOLOGIES, LLC |
| Taxpayer ID #: | **-***6312 |
| For Period Ending: | 09/30/2022 |

| | |
|---|---|
| Trustee Name: | Scott P. Kirtley (560010) |
| Bank Name: | Mechanics Bank |
| Account #: | ******5166 Checking Account |
| Blanket Bond (per case limit): | N/A |
| Separate Bond (if applicable): | $1,885,000.00 |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | Uniform Tran. Code | 5 Deposit $ | 6 Disbursement $ | 7 Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 178.19 | 127,984.24 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 202.51 | 127,781.73 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.66 | 127,604.07 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 195.77 | 127,408.30 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 189.36 | 127,218.94 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.59 | 127,121.35 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 114.92 | 127,006.43 |
| 02/12/20 | | From Account #******5167 | Transfer balance of funds to checking account | 9999-000 | 1,675,862.12 | | 1,802,868.55 |
| 02/13/20 | | Mechanics Bank | Interest posted | 1270-000 | 20.66 | | 1,802,889.21 |
| 02/14/20 | 10 | Lockton/Texas Series of Lockton Companies, LLC | Addl prem extend; Nat'l Union Fire Ins. Co. PA; Policy No. 01-207-25-50; Invoice No. 15791419 | 2420-750 | | 28,085.00 | 1,774,804.21 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 1,418.38 | 1,773,385.83 |
| 04/10/20 | 11 | Kevin F. Fite and Eide Bailly | Accountant's fees and expenses per Order 3/26/20 $15,639.00 | 3410-000 | | 15,714.00 | 1,757,671.83 |
| | | | Accountant's expenses per Order 3/26/20 $75.00 | 3420-000 | | | |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 2,821.95 | 1,754,849.88 |
| 05/21/20 | | Mechanics Bank | Bank and Technology Services Fee Adjustment | 2600-000 | | -4,240.33 | 1,759,090.21 |
| 01/21/21 | | Transfer Debit to Metropolitan Commercial Bank acct XXXXXX5332 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX5332 | 9999-000 | | 1,759,090.21 | 0.00 |

| Account | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 8 | Deposits | 490,495.39 | 11 | Checks | 412,734.85 |
| 1 | Interest Postings | 20.66 | 25 | Adjustments Out | 13,770.11 |
| | Subtotal | 490,516.05 | 3 | Transfers Out | 5,312,387.37 |
| 3 | Adjustments In | 3,426,979.83 | | Total | 5,738,892.33 |
| 2 | Transfers In | 1,817,156.12 | | | |
| | Total | 5,734,652.00 | | | |

{ } Asset Reference(s)     Page Subtotals:     $0.00     ! - transaction has not been cleared

Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case No.: | 16-12042M | Trustee Name: | Scott P. Kirtley (560010) |
|---|---|---|---|
| Case Name: | EXPRESS INTEGRATED TECHNOLOGIES, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6312 | Account #: | ******5167 Segregated Secured Funds |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,885,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/30/17 | | From Account #******5166 | Transferring funds to segregated secured funds account | 9999-000 | 3,538,097.16 | | 3,538,097.16 |
| 03/31/17 | {2} | Fluor Canada, Ltd. | Work in progress | 1121-000 | 21,500.00 | | 3,559,597.16 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,972.60 | 3,556,624.56 |
| 04/12/17 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -2,972.60 | 3,559,597.16 |
| 04/25/17 | | To Account #******5166 | Transfer $141,294.00 from MMA to DDA | 9999-000 | | 141,294.00 | 3,418,303.16 |
| 04/27/17 | | From Account #******5166 | Transfer $15,200.00 from DDA to MMA | 9999-000 | 15,200.00 | | 3,433,503.16 |
| 04/28/17 | {2} | Lauren Engineering (Assignment of Toyo A/R) | Work in progress settlement per Order 4/25/17 | 1121-000 | 314,488.41 | | 3,747,991.57 |
| 04/28/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 92.86 | | 3,748,084.43 |
| 05/31/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 159.17 | | 3,748,243.60 |
| 06/30/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 154.05 | | 3,748,397.65 |
| 07/31/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 159.18 | | 3,748,556.83 |
| 08/14/17 | {11} | JD Young | Compromise per Order 8/10/17 | 1129-000 | 3,500.00 | | 3,752,056.83 |
| 08/31/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 159.26 | | 3,752,216.09 |
| 09/13/17 | 1 | Dakil Auctioneers, Inc. | Auctioneer's commission and expenses per Order 8/29/17 | | | 3,806.42 | 3,748,409.67 |
| | | | auctioneer's commission  per Order 8/29/17 $500.00 | 3610-000 | | | |
| | | | auctioneer's expenses per  per Order 8/29/17 $3,306.42 | 3620-000 | | | |
| 09/13/17 | 2 | Scott P. Kirtley, Trustee | Administrative expenses per Order 8/29/17 | | | 29,003.00 | 3,719,406.67 |
| | | | Bond premium per Order 8/29/17 $7,148.00 | 2300-000 | | | |
| | | | FGC, LLC consulting  per Order 8/29/17 $2,041.20 | 2420-000 | | | |
| | | | FJH Consulting data books  per Order 8/29/17 $4,000.00 | 2420-000 | | | |
| | | | Phil Codrey data books $2,000.00 | 2420-000 | | | |
| | | | | Page Subtotals: | $3,893,510.09 | $174,103.42 | |

{ } Asset Reference(s)   ! - transaction has not been cleared

Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case No.: | 16-12042M | Trustee Name: | Scott P. Kirtley (560010) |
|---|---|---|---|
| Case Name: | EXPRESS INTEGRATED TECHNOLOGIES, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **_***6312 | Account #: | ******5167 Segregated Secured Funds |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,885,000.00 |

| 1 | 2 | 3 | 4 | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | | | Deposit $ | Disbursement $ | Account Balance |
| | | | Glen Selby data books per Order 8/29/17 | $4,656.80 | 2420-000 | | | |
| | | | CDW Direct computer software per Order 8/29/17 | $4,061.39 | 2420-000 | | | |
| | | | CJM Technical consulting per Order 8/29/17 | $3,896.25 | 2420-000 | | | |
| | | | Avansic consulting per Order 8/29/17 | $609.07 | 2420-000 | | | |
| | | | Hard drives per Order 8/29/17 | $590.29 | 2420-000 | | | |
| 09/13/17 | | BNP Paribas in care of Conner Winters Client Trust Account | Interim distribution per Order 8/29/17 | | 4110-000 | | 2,022,521.77 | 1,696,884.90 |
| 09/29/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 103.64 | | 1,696,998.54 |
| 10/31/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 72.07 | | 1,697,060.61 |
| 11/30/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 69.74 | | 1,697,130.35 |
| 12/29/17 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 72.08 | | 1,697,202.43 |
| 01/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 72.07 | | 1,697,274.50 |
| 02/28/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 65.10 | | 1,697,339.60 |
| 03/30/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 72.08 | | 1,697,411.68 |
| 04/30/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 69.76 | | 1,697,481.44 |
| 05/23/18 | 3 | Texas Series of Lockton Companies LLC | D&O insurance coverage 3/2/16 to 12/31/18; Policy No. 01-207-25-50 | | 2420-750 | | 23,393.00 | 1,674,088.44 |
| 05/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 72.03 | | 1,674,160.47 |
| 06/29/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 68.80 | | 1,674,229.27 |
| 07/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 71.10 | | 1,674,300.37 |
| 08/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 71.10 | | 1,674,371.47 |
| 09/28/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | | 1270-000 | 68.81 | | 1,674,440.28 |
| 10/22/18 | {14} | Estate of Express Metal Fabricators for Big Red Fasteners | Preferential transfer | | 1241-000 | 4,344.29 | | 1,678,784.57 |
| | | | | | Page Subtotals: | $5,292.67 | $2,045,914.77 | |

{ } Asset Reference(s)          ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 6

| Case No.: | 16-12042M | Trustee Name: | Scott P. Kirtley (560010) |
|---|---|---|---|
| Case Name: | EXPRESS INTEGRATED TECHNOLOGIES, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6312 | Account #: | ******5167 Segregated Secured Funds |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,885,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 71.16 | | 1,678,855.73 |
| 11/30/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 68.99 | | 1,678,924.72 |
| 12/31/18 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 71.30 | | 1,678,996.02 |
| 01/31/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 71.30 | | 1,679,067.32 |
| 02/11/19 | {14} | Zeeco, Inc. | Preferential transfer per Order 3/25/19 | 1241-000 | 9,190.00 | | 1,688,257.32 |
| 02/12/19 | 4 | Lockton/Texas Series of Lockton Companies, LLC | Insurance; Policy No. 01-207-25-50 (National Union Fire Ins. Co. PA); Invoice No. 13205417 | 2420-750 | | 28,085.00 | 1,660,172.32 |
| 02/19/19 | {14} | Smithers Quality Assessment, Inc. | Preferential transfer per Order3/15/19 | 1241-000 | 1,000.00 | | 1,661,172.32 |
| 02/22/19 | {14} | PennWell | Preferential transfer per Order 2/25/19 | 1241-000 | 2,000.00 | | 1,663,172.32 |
| 02/22/19 | {14} | Rosemount, Inc. | Preferential transfer per Order 3/5/19 | 1241-000 | 1,000.00 | | 1,664,172.32 |
| 02/28/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 64.09 | | 1,664,236.41 |
| 03/29/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 70.68 | | 1,664,307.09 |
| 04/30/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 68.40 | | 1,664,375.49 |
| 05/09/19 | {14} | Myers-Aubrey Co. | Preferential transfer per Order 5/3/19 | 1241-000 | 3,500.00 | | 1,667,875.49 |
| 05/21/19 | {14} | Manion Stigger, LLP | Preferential transfer (Milco) per Order 5/3/19 | 1241-000 | 12,000.00 | | 1,679,875.49 |
| 05/21/19 | {14} | Alden Research Laboratory, Inc. | Preferential transfer per Order 4/10/19 | 1241-000 | 5,000.00 | | 1,684,875.49 |
| 05/23/19 | {14} | Tom Cline | Prefertential transfer (Cline Industrial Power Services) (compromise motion filed 5/16/19) | 1241-000 | 1,500.00 | | 1,686,375.49 |
| 05/31/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 70.98 | | 1,686,446.47 |
| 06/03/19 | {14} | BASF Corporation | Preferential transfer (compromise motion filed 5/9/19) | 1241-000 | 15,000.00 | | 1,701,446.47 |
| 06/28/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 69.84 | | 1,701,516.31 |
| 07/10/19 | {14} | Precision Fitting & Gauge Co. | Preferential transfer per Order 6/14/19 | 1241-000 | 3,000.00 | | 1,704,516.31 |
| 07/12/19 | {14} | Gas Turbine Efficiency, LLC | Preferential transfer per Order 7/9/19 | 1241-000 | !5,750.00 | | 1,710,266.31 |
| 07/31/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 72.50 | | 1,710,338.81 |
| 08/28/19 | 5 | Kevin F. Fite and Eide Bailly | Accountants' fees and expenses per Order 7/16/19 | | | 39,899.78 | 1,670,439.03 |
| | | | Accountants' fee per Order 7/16/19 $39,831.50 | 3410-000 | | | |
| | | | Accountants' expenses per Order 7/16/19 $68.28 | 3420-000 | | | |
| | | | | Page Subtotals: | $59,639.24 | $67,984.78 | |

{ } Asset Reference(s)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 7

| Case No.: | 16-12042M | Trustee Name: | Scott P. Kirtley (560010) |
|---|---|---|---|
| Case Name: | EXPRESS INTEGRATED TECHNOLOGIES, LLC | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6312 | Account #: | ******5167 Segregated Secured Funds |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,885,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/30/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 72.52 | | 1,670,511.55 |
| 09/30/19 | Int | Rabobank, N.A. | Interest posting at 0.0500% | 1270-000 | 68.66 | | 1,670,580.21 |
| 10/31/19 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 70.94 | | 1,670,651.15 |
| 11/29/19 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 68.66 | | 1,670,719.81 |
| 12/02/19 | {14} | MPHS, INC., dba KNAPE ASSOCIATES | Compromise per Order 11/26/19 | 1241-000 | 5,000.00 | | 1,675,719.81 |
| 12/31/19 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 71.14 | | 1,675,790.95 |
| 01/31/20 | Int | Mechanics Bank | Interest posting at 0.0500% | 1270-000 | 71.17 | | 1,675,862.12 |
| 02/12/20 | Int | Mechanics Bank | Current Interest Rate is 0.0500% | 1270-000 | 0.00 | | 1,675,862.12 |
| 02/12/20 | | To Account #******5166 | Transfer balance of funds to checking account | 9999-000 | | 1,675,862.12 | 0.00 |

| Account | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 14 | Deposits | 87,534.29 | 5 | Checks | 124,187.20 |
| 35 | Interest Postings | 2,795.23 | 2 | Adjustments Out | 2,025,494.37 |
| | Subtotal | 90,329.52 | 2 | Transfers Out | 1,817,156.12 |
| 2 | Adjustments In | 320,238.41 | | Total | 3,966,837.69 |
| 2 | Transfers In | 3,553,297.16 | | | |
| | Total | 3,963,865.09 | | | |

Page Subtotals: $0.00   $0.00

{ } Asset Reference(s)                                                                                                                    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-12042M | Trustee Name: | Scott P. Kirtley (560010) |
|---|---|---|---|
| Case Name: | EXPRESS INTEGRATED TECHNOLOGIES, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6312 | Account #: | ******5332 Checking Account |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,885,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/21/21 | | Transfer Credit from Mechanics Bank acct XXXXXX5166 | Transition Credit from Mechanics Bank acct XXXXX5166 | 9999-000 | 1,759,090.21 | | 1,759,090.21 |
| 02/01/21 | 1000 | Scott P. Kirtley | Interim attorney for Trustee fees per Order 1/14/21 | 3110-000 | | 163,400.50 | 1,595,689.71 |
| 02/01/21 | 1001 | Scott P. Kirtley | Interim attorney for trustee expenses per Order 1/14/21 | 3120-000 | | 79,344.50 | 1,516,345.21 |
| 02/01/21 | 1002 | TULSA COUNTY TREASURER | Distribution per Interim Report and Distribution filed 12/18/20 [Document 437] | 5800-000 | | 20,350.75 | 1,495,994.46 |
| 02/01/21 | 1003 | Franchise Tax Board | Distribution per Interim Report and Distribution filed 12/18/20 [Document 437] | 5800-000 | | 1,635.29 | 1,494,359.17 |
| 02/01/21 | 1004 | Franchise Tax Board | Distribution per Interim Report and Distribution filed 12/18/20 [Document 437] | 5800-000 | | 1,824.07 | 1,492,535.10 |
| 02/01/21 | 1005 | FedEx Corporate Services Inc. | Distribution per Interim Report and Distribution filed 12/18/20 [Document 437] | 7100-000 | | 2,030.33 | 1,490,504.77 |
| 02/01/21 | 1006 | McMaster-Carr Supply Company | Distribution per Interim Report and Distribution filed 12/18/20 [Document 437] | 7100-000 | | 253.30 | 1,490,251.47 |
| 02/01/21 | 1007 | Old Dominion Freight Line, Inc. | Distribution per Interim Report and Distribution filed 12/18/20 [Document 437] | 7100-000 | | 2,566.41 | 1,487,685.06 |
| 02/01/21 | 1008 | GT INDUSTRIES OF OKLAHOMA, INC | Distribution per Interim Report and Distribution filed 12/18/20 [Document 437] | 7100-000 | | 2,061.75 | 1,485,623.31 |
| 02/01/21 | 1009 | Corrcoat Services Inc | Distribution per Interim Report and Distribution filed 12/18/20 [Document 437] | 7100-000 | | 5,588.57 | 1,480,034.74 |
| 02/01/21 | 1010 | Rexel, Inc | Distribution per Interim Report and Distribution filed 12/18/20 [Document 437] | 7100-000 | | 40,271.25 | 1,439,763.49 |
| 02/01/21 | 1011 | DAVID CAFFEY | Distribution per Interim Report and Distribution filed 12/18/20 [Document 437] | 7100-000 | | 10,000.00 | 1,429,763.49 |
| 02/01/21 | 1012 | Yokogawa Corporation of America | Distribution per Interim Report and Distribution filed 12/18/20 [Document 437] | 7100-000 | | 6,296.46 | 1,423,467.03 |
| 02/01/21 | 1013 | American Express Travel Related Services Company, | Distribution per Interim Report and Distribution filed 12/18/20 [Document 437] | 7100-000 | | 54,600.62 | 1,368,866.41 |
| 02/01/21 | 1014 | American Express Travel Related Services Company, | Distribution per Interim Report and Distribution filed 12/18/20 [Document 437] | 7100-000 | | 2,528.20 | 1,366,338.21 |
| 02/01/21 | 1015 | FedEx Corporate Services Inc. | Distribution per Interim Report and Distribution filed 12/18/20 [Document 437] | 7100-000 | | 3,643.86 | 1,362,694.35 |
| 02/01/21 | 1016 | VINSON PROCESS CONTROLS CO. LP | Distribution per Interim Report and Distribution filed 12/18/20 [Document 437] | 7100-000 | | 2,051.77 | 1,360,642.58 |
| | | | | Page Subtotals: | $1,759,090.21 | $398,447.63 | |

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Page: 9

| Case No.: | 16-12042M | Trustee Name: | Scott P. Kirtley (560010) |
|---|---|---|---|
| Case Name: | EXPRESS INTEGRATED TECHNOLOGIES, LLC | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6312 | Account #: | ******5332 Checking Account |
| For Period Ending: | 09/30/2022 | Blanket Bond (per case limit): | N/A |
| | | Separate Bond (if applicable): | $1,885,000.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/01/21 | 1017 | GARY CARTER INSPECTIONS INC | Distribution per Interim Report and Distribution filed 12/18/20 [Document 437] | 7100-000 | | 11,032.53 | 1,349,610.05 |
| 02/01/21 | 1018 | FedEx Corporate Services Inc. | Distribution per Interim Report and Distribution filed 12/18/20 [Document 437] | 7200-000 | | 4,119.78 | 1,345,490.27 |
| 02/02/21 | {14} | John Zink Company, LLC | Compromise per Order 2/25/19 | 1241-000 | 11,000.00 | | 1,356,490.27 |
| 02/02/21 | {14} | John Zink Company, LLC | Compromise per Order 2/25/19 | 1241-000 | 857.50 | | 1,357,347.77 |
| 02/26/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 2,203.24 | 1,355,144.53 |
| 03/19/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | -2,203.24 | 1,357,347.77 |
| 09/27/21 | 1019 | Kevin F. Fite and Eide Bailly | Accountant's fees and expenses per Order 9/10/21 | | | 34,648.50 | 1,322,699.27 |
| | | | Accountant's fees per Order 9/10/21 $34,573.50 | 3410-000 | | | |
| | | | Accountant's expenses per Order 9/10/21 $75.00 | 3420-000 | | | |
| 08/02/22 | 1020 | Kevin F. Fite of Eide Bailly | Accountant's fees and expenses per Order 7/26/22 | | | 42,919.25 | 1,279,780.02 |
| | | | Accountant's fees per Order 7/26/22 $42,837.50 | 3410-000 | | | |
| | | | Accountant's expenses per Order 7/26/22 $81.75 | 3420-000 | | | |

| Account | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | | 0.00 | | | |
| 1 | Deposits | | 11,000.00 | 21 | Checks | 491,167.69 |
| 0 | Interest Postings | | 0.00 | 1 | Adjustments Out | 2,203.24 |
| | Subtotal | | 11,000.00 | 0 | Transfers Out | 0.00 |
| 1 | Adjustments In | | 857.50 | | Total | 493,370.93 |
| 1 | Transfers In | | 1,759,090.21 | | | |
| | Total | | 1,770,947.71 | | | |

Page Subtotals: $11,857.50  $92,720.06

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case No.: | 16-12042M | |
| Case Name: | EXPRESS INTEGRATED TECHNOLOGIES, LLC | |
| Taxpayer ID #: | **-***6312 | |
| For Period Ending: | 09/30/2022 | |

| | |
|---|---|
| Trustee Name: | Scott P. Kirtley (560010) |
| Bank Name: | Metropolitan Commercial Bank |
| Account #: | ******5332 Checking Account |
| Blanket Bond (per case limit): | N/A |
| Separate Bond (if applicable): | $1,885,000.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******5166 Checking Account | $3,916,250.27 | $421,019.02 | $0.00 |
| ******5167 Segregated Secured Funds | $410,567.93 | $2,146,708.97 | $0.00 |
| ******5332 Checking Account | $11,857.50 | $491,167.69 | $1,279,780.02 |
| | $4,338,675.70 | $3,058,895.68 | $1,279,780.02 |