IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

In Re:                                             )
                                                   )
Express Integrated Technologies, LLC,              )      Case No. 16-12042-M
                                                   )      Chapter 7
                                                   )
                                                   )
                                                   )
         Debtor.                                   )

## ADVICE TO COURT

Scott P. Kirtley, Trustee advises the Court and parties in interest:

1.  On January 20, 2023, the Trustee was notified that the Internal Revenue Service has agreed to abate a $978,701.00 civil penalty assessed post-petition for pre-petition 941 reports allegedly misfiled by the Debtor's payroll service. The abatement is pending posting on the account transcript.

2.  The Trustee and his accountants have been engaged in the abatement of this penalty for more than three (3) years.

3.  In January, 2021, the Trustee distributed unencumbered funds satisfying all priority and general unsecured claims.

4.  The remaining parties unpaid in this case are the secured creditor, BNP Paribas, and administrative claims.

5.  As soon as final tax returns are prepared, the Trustee will be able to submit his Final Report.

1

*Respectfully submitted this 20th day of January, 2023.*

RIGGS, ABNEY, NEAL, TURPEN,
ORBISON & LEWIS

/s/ Scott P. Kirtley
_____
Scott P. Kirtley OBA No. 11388
502 West 6th Street
Tulsa, Oklahoma  74119-1010
(918) 587-3161
Fax (918) 587-9708
skirtley@riggsabney.com

*Attorneys for Trustee*

2